# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161887

STATE TREASURER,
        Plaintiff-Appellee,

v

ROBERT L. HENNING,
        Defendant-Appellant,

and

DETOUR DRUMMOND COMMUNITY
CREDIT UNION,
        Defendant.

SC: 161887
COA: 352129
Chippewa CC: 18-015223-CZ

_____/

      On order of the Court, the application for leave to appeal the July 23, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021

Clerk

a0324